UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
Case No. _____

| | |
|---|---|
| Ray Fultz, Executor of the<br>Estate of Plummer Fultz | PLAINTIFF |
| v. | |
| Diversicare Leasing Corp. d/b/a<br>Elliott Nursing & Rehabilitation Center | DEFENDANT |

## NOTICE OF REMOVAL

Defendant, Diversicare Leasing Corp. d/b/a Elliott Nursing & Rehabilitation Center, hereby removes to the United States District Court for the Eastern District of Kentucky, Ashland Division, the action captioned *Ray Fultz, Executor of the Estate of Plummer Fultz v. Diversicare Leasing Corp. d/b/a Elliott Nursing & Rehabilitation Center*, Case No. 15-CI-00098, which is currently pending in Elliott Circuit Court, in the Commonwealth of Kentucky.  As grounds for its removal of the Action, Defendant states as follows:

1. On or about November 6, 2015, Ray Fultz, as Executor of the Estate of Plummer Fultz ("Plaintiff"), filed a Complaint in Elliott Circuit Court, Case No. 15-CI-00098.

2. Defendant, Diversicare Leasing Corp. d/b/a Elliott Nursing & Rehabilitation Center, was served with a summons and a copy of the Complaint on November 13, 2015, through its agent for service of process, Corporation Service Company.

3. Upon information and belief, Plummer Fultz, deceased, was a citizen of Kentucky at the time of his death.  Therefore, for purposes of diversity jurisdiction, Ray Fultz, as Executor of the Estate of Plummer Fultz, is deemed to be a citizen of Kentucky.  Ray Fultz has asserted in the Complaint that he is a resident of Olive Hill, Carter County, Kentucky.

4. Defendant, Diversicare Leasing Corp. d/b/a Elliott Nursing & Rehabilitation Center, at all times relevant hereto, including and at the time of filing this Notice of Removal and at the commencement of Civil Action No. 15-CI-00098, was and is a foreign corporation organized under the laws of the state of Tennessee. Diversicare Leasing Corp.'s principal place of business is in Brentwood, Tennessee.

5. Based on the allegations raised in the Complaint attached hereto, Defendants believe that Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interests and costs.

6. This action is one over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332(a)(1) and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(a). This is an action between citizens of different states.

7. This Notice of Removal is filed within thirty (30) days after Defendants received a copy of Plaintiff's Complaint, as required by 28 U.S.C. § 1446(b).

8. A copy of this Notice of Removal will be filed with the Clerk for the Greenup Circuit Court in the Commonwealth of Kentucky and served upon other counsel of record.

Respectfully submitted,

**GWIN STEINMETZ & BAIRD, PLLC**

/s/ Michael F. Sutton
Michael F. Sutton
msutton@gsblegal.com
Sarah E. Tilley
stilley@gsblegal.com
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Michael F. Sutton and Sarah E. Tilley. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on December 9, 2015 upon:

Patrick Flannery
Patrick Flannery Law, PLLC
P.O. Box 1269
Olive Hill, KY 41164
*Attorney for Plaintiff*

Aaron D. Reedy
Jacob K. Michul
Hurt, Deckard & May, PLLC
127 West Main Street
Lexington, KY 40507
*Attorney for Plaintiff*

                                    /s/ Michael F. Sutton
                                    Michael F. Sutton
                                    msutton@gsblegal.com
                                    Sarah E. Tilley
                                    stilley@gsblegal.com
                                    401 West Main Street, Suite 1000
                                    One Riverfront Plaza
                                    Louisville, Kentucky 40202
                                    Telephone: (502) 618-5700
                                    Facsimile: (502) 618-5701
                                    *Counsel for Defendant*