UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CASE NO. 15-cv-112-HRW

Ray Fultz, Executor of the                                                                           PLAINTIFF
Estate of Plummer Fultz

v.

Diversicare Leasing Corp. d/b/a
Elliott Nursing & Rehabilitation Center                                                       DEFENDANT

## NOTICE OF SETTLEMENT

Defendant, Diversicare Leasing Corp. d/b/a Elliott Nursing & Rehabilitation Center in compliance with L.R. 54.1 hereby provides notice of the settlement of this action.   The parties will tender an agreed stipulation to dismissal with prejudice in the coming weeks.

Respectfully submitted,

**GWIN, STEINMETZ & BAIRD, PLLC**

/s/ Kevin M. Murphy
Michael F. Sutton
msutton@gsblegal.com
Kevin M. Murphy
kmurphy@gsblegal.com
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

I further certify that on the same date a true and correct copy of the foregoing was mailed, first-class mail, postage pre-paid, to the following:

Patrick Flannery
Patrick Flannery Law, PLLC
P.O. Box 1269
Olive Hill, KY 41164
*Co-Counsel for Plaintiff*

Aaron D. Reedy
Matthew R. Malone
Hurt, Deckard & May, PLLC
127 West Main Street
Lexington, KY 40507
*Co-Counsel for Plaintiff*

                                           */s/ Kevin M. Murphy*
                                           **COUNSEL FOR DEFENDANT**