UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CASE NO. 15-cv-112

Ray Fultz, Executor of the                                                                    PLAINTIFF
Estate of Plummer Fultz

v.

Diversicare Leasing Corp. d/b/a
Elliott Nursing & Rehabilitation Center                                              DEFENDANT

**AGREED STIPULATION TO DISMISSAL**

Come the parties, Ray Fultz, as Executor of the Estate of Plummer Fultz, and Defendant, Diversicare Leasing Corporation d/b/a Elliott Nursing & Rehabilitation Center and, by agreement, hereby stipulate to the dismissal with prejudice of all claims and causes of action herein. Each party shall bear its own costs with respect to these dismissed claims. The parties hereby tender a proposed order of dismissal for the Court's consideration.

Agreed to by:

/s/Kevin Murphy
Kevin M. Murphy
kmurphy@gsblegal.com
401 West Main Street, Suite 1000
One Riverfront Plaza
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Defendant*

/s/Matthew R. Malone (by permission given to KMM on 09/26/2017)
Aaron D. Reedy
areedy@hdmfirm.com
Matthew R. Malone
mmalone@hdmfirm.com
Hurt, Deckard & May, PLLC
127 West Main Street
Lexington, KY 40507
*Counsel for Plaintiff*