UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CASE NO. 15-cv-112

Ray Fultz, Executor of the                                    PLAINTIFF
Estate of Plummer Fultz

v.

Diversicare Leasing Corp. d/b/a
Elliott Nursing & Rehabilitation Center                       DEFENDANT

## ORDER OF DISMISSAL

Upon agreed stipulation of the parties, and the Court being otherwise duly advised, IT IS HEREBY ORDERED that all claims and causes of action herein between the parties, Ray Fultz, as Executor of the Estate of Plummer Fultz, and Defendant, Diversicare Leasing Corporation d/b/a Elliott Nursing & Rehabilitation Center are HEREBY DISMISSED WITH PREJUDICE. Each party shall bear its own costs with respect to these dismissed claims. This is a final and appealable order and there is no just cause for delay.

Dated: 9-27-17



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge